UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:15–cv–08203–R–AGR            Date:   3/25/2016

Title:  ELIZABETH BENITEZ DIAZ V. RENTGROW, INC.

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None    None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE–TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE–TRIAL CONFERENCE on June 6, 2016 at 10:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before May 16, 2016, which date will also serve as the discovery cut–off date in this action. There is no Motion Cut–Off Date set.

PRE–TRIAL CONFERENCE ORDER shall be lodged with this Court on or before May 30, 2016.

Jury Trial is set as July 5, 2016 at 09:00 AM.

IT IS SO ORDERED.

cc: counsel of record