Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

Gregory Gorski
(*admitted pro hac vice*)
FRANCIS & MAILMAN, P.C.

*Attorneys for Plaintiff*
*Elizabeth Benitez Diaz*

Christopher B. Yeh (SBN 262991)
Dana B. Klinges (*admitted pro hac vice*)
Andrew R. Sperl (*admitted pro hac vice*)
DUANE MORRIS LLP
865 S. Figueroa St. Suite 3100
Los Angeles, CA 90017-5450
Telephone:  (213) 689-7400
Facsimile:  (213) 689-7401

*Attorneys for Defendant*
*RentGrow, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BENITEZ DIAZ<br><br>Plaintiff,<br><br>v.<br><br>RENTGROW, INC. D/B/A YARDI RESIDENT SCREENING<br><br>Defendant. | **Case No. 2:15-cv-08203-R-AGR**<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT RENTGROW, INC.** |

IT IS HEREBY STIPULATED AND AGREED, on this 12th day of May, 2016, by and between Plaintiff and Defendant RentGrow, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear his or its own attorney's fees, costs and expenses incurred.

| **TATAR LAW FIRM, APC** | **DUANE MORRIS LLP** |
|---|---|
| */s/ Gregory Gorski* | */s/ Dana B. Klinges* |
| Stephanie R. Tatar | Christopher B. Yeh |
| Gregory Gorski | Dana B. Klinges (*pro hac vice*) |
| (*admitted pro hac vice*) | Andrew R. Sperl (*pro hac vice*) |
| Attorneys for Plaintiff | Attorneys for Defendant RentGrow, Inc. |

### **ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.**

I, Christopher B. Yeh, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Christopher B. Yeh*
Christopher B. Yeh
Attorney for Defendant RentGrow, Inc.