JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BENITEZ DIAZ<br><br>Plaintiff,<br><br>v.<br><br>RENTGROW, INC. d/b/a YARDI RESIDENT SCREENING<br><br>Defendant. | Civil Action No.<br>2:15-cv-08203-R-AGR<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF DEFENDANT RENTGROW, INC., WITH PREJUDICE** |

The Court has considered the Stipulation To Dismiss Defendant RentGrow, Inc., with Prejudice ("Stipulation") submitted on May 12, 2016, by Elizabeth Benitez Diaz ("Plaintiff"), and RentGrow, Inc., d/b/a Yardi Resident Screening ("RentGrow"), which requests to dismiss RentGrow from this matter in its entirety and with prejudice. Upon consideration of the Stipulation,

1

**IT IS HEREBY ORDERED THAT** Defendant RentGrow, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

**IT IS SO ORDERED.**

Dated: May13, 2016

_____
Hon. Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE

2

**ORDER APPROVING STIPULATION FOR DISMISSAL OF DEFENDANT RENTGROW, INC., WITH PREJUDICE**
**CASE NO. 2:15-cv-08203-R-AGR**